UNITED STATES DISTRICT COURT
EASTERN DIVISION OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

  v

**DAVID WALKER (40),**

    Defendant.
    _____/

**CRIMINAL NO. 2:05-cr-80955**

**HON.** *Avern Cohn*

DAWN N. ISON (P 43111)
Assistant US Attorney
US Department of Justice
211 W Fort Street, #2001
Detroit, Michigan 48226
313/226.9567

SEYMOUR BERGER (P 10720)
Attorney for Defendant, *David Walker*
24901 Northwestern Hwy, #513
Southfield, Michigan 48075
248/353.5131
_____/

# ORDER FOR SUBSTITUTION OF
# ATTORNEYS FOR DEFENDANT, DAVID WALKER

Attorneys, Hal R. Arenstein and Seymour Berger having stipulated that Hal R. Arenstein shall substitute in place of Seymour Berger as Attorney for Defendant, David Walker; and this Court deeming itself fully advised in the premises:

**IT IS HEREBY ORDERED** that Hal R. Arenstein is substituted for Seymour Berger as the Attorney for Defendant, David Walker.

**Dated: May 25, 2007**　　　　　　　　　　s/Avern Cohn
　　　　　　　　　　　　　　　　　　　　　**AVERN COHN, Federal Court Judge**

1